IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENDRICK STORY**　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #109934**

v.　　　　　　　　　　　　　　　No: 4:20-cv-00919-BRW

**MURRY,** *et al.*　　　　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommendation in all respects.

Accordingly, the claims are dismissed without prejudice for failure to state a claim upon which relief may be granted.

Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g).

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order and judgment dismissing this case is frivolous and not in good faith.

IT IS SO ORDERED this 22nd day of September, 2020.

　　　　　　　　　　　　　　　　　　　　　　　Billy Roy Wilson_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE