# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KENDRICK STORY**                                                      **PLAINTIFF**
**ADC #109934**

**v.**                               **No: 4:20-cv-00919-BRW**

**MURRY,** *et al.*                                              **DEFENDANTS**

## JUDGMENT

Based on the order filed today, this case is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of September, 2020.

                                                     Billy Roy Wilson_____
                                                     UNITED STATES DISTRICT JUDGE